UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **REBECCA MENARD** | **CASE NO. 6:20-CV-00078** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **RAYNE GUEST HOME, INC.** | **MAG. JUDGE WHITEHURST** |

## ORDER

The Joint Motion for Approval of Settlement and to Dismiss with Prejudice [ECF No. 22] was referred to the Magistrate Judge for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Joint Motion for Approval of Settlement and to Dismiss with Prejudice [ECF No. 22] is **GRANTED**, and the Court hereby approves the settlement between Rebecca Menard and Rayne Guest Home, Inc. on the terms set forth in the Confidential Settlement and Release Agreement that was attached to the Joint Motion for Approval of Settlement and to Dismiss with Prejudice.

IT IS FURTHER ORDERED that the above-captioned matter and all claims set forth by Rebecca Menard therein are **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees, provided, however, that Rayne Guest home

shall reimburse Rebecca Menard for the $195.35 of court costs she paid to file her original Petition in Acadia Parish, Louisiana.

    THUS DONE in Chambers on this 28th day of September, 2021.

                                          ROBERT R. SUMMERHAYS
                                       UNITED STATES DISTRICT JUDGE